76,258-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk

GUSTAVO L. MIRELES
TDCJ-ID # 1128895
3001 S. EMILY DR.
McCONNELL UNIT
BEEVILLE, TEXAS 78102

April 14, 2015

COURT OF CRIMINAL APPEALS
ATTN: CLERK-ABEL ACOSTA
P.O.BOX 12308 , Capitol Stattion
Austin, Texas 78711

RE: Application for writ of mandamus  CCA No. WR-76, 258-03
    Trial Court Case No. CR-3196-01-(F).

Dear Honorable Clerk:
    I filed an application for writ of mandamus, as mentioned
above. The Clerk's Office sent me written notice that it had
recived the application and had presented to the court, on
March 19, 2015.
    With the application for writ of mandamus I had included a
'Motion for Leave", to file the application. You see here at the
Unit that I am in, the "Law Library" does not have updated
reading material for researching and preparing litigations. I
am left with what ever is available to me.
    I found out after I had filed my application that the
"Motion for Leave" was not necessary since the  court of
criminal appeals did away with that requirment several years
ago.
    I recieved written notice today that the "Motion for
Leave", to file the application for writ of mandamus was
denied without a written order. So, the 'motion for leave",
has been desposed.
    However, I would like to ask this Honorable Clerk's office,
'What is the disposition of the application for writ of mandamus"
it's self?. Is that application still pending decision by the
court?  Or, because the "motion for Leave" was denied, does this
include the application for writ of mandamus aswell?
    Please be so kind to notify me of the application's status,
if it is still pending  decision by the court; or notify me
if it has been denied along with the "motion for leave"?
    I need to know, so that I can pursue my Federal right's
litigations. thank you  so much for your attention to this
very important and urgent matter.

Sincerly,

/s/ Gustavo L. Mireles
GUSTAVO LOPEZ MIRELES

ENCLOSURES:
CC: FILE, LEONOR MATANO, 580 Irene dr. canyon-Lake, texas 78133,
    Innocence Project of Texas, Lubbock, TX.